

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
| ALBERTO MONTELONGO, | § | No. 08-16-00001-CR |
| Appellant, | § | Appeal from the |
| v. | § | 243rd District Court |
| THE STATE OF TEXAS, | § | of El Paso County, Texas |
| State. | § | (TC# 20150D02224) |

ALBERTO MONTELONGO,

Appellant,

v.

THE STATE OF TEXAS,

State.

§
§
§
§
§
§
§

No. 08-16-00001-CR

Appeal from the

243rd District Court

of El Paso County, Texas

(TC# 20150D02224)

# **O R D E R**

The Court GRANTS the Appellant's third motion for extension of time to file the brief until **June 25, 2016**. NO FURTHER MOTIONS FOR EXTENSION OF TIME TO FILE THE APPELLANT'S BRIEF WILL BE CONSIDERED BY THIS COURT.

It is further ORDERED that the Hon. Ruben P. Morales, the Appellant's Attorney, prepare the Appellant's brief and forward the same to this Court on or before June 25, 2016.

IT IS SO ORDERED this 13th day of May, 2016.


PER CURIAM


Before McClure, C.J., Rodriguez, and Hughes, JJ.